

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00511-CV

**IN THE INTEREST OF V.H.,** et al children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00098
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's, C.B., Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due November 16, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court